# EXHIBIT E

# — VIVA CAPITAL —

  

VIVA CAPITAL

# Table of Contents



**Overview**
01

02
**The Principals and Founding Shareholders**

**Ecosystems in which we operate**
03

04
**Current Investment Opportunities**

VIVA CAPITAL

## 1  OVERVIEW

Founded by successful entrepreneurs and venture capitalists, Viva Capital is optimally positioned to capitalize on global large-scale opportunities offered by private equity funds and emerging growth companies.

Headquartered in Zurich, Switzerland, Viva Capital focuses on opportunities created by the shift in geo-politics and technology which is driving data, operating models, and entrepreneurship around the world.

VIVA CAPITAL

# Market Opportunity



**Invest in a new Investment Platform in which the Principals have Committed Significant Assets**

**Access to the Best Investment Opportunities which will Transform the World**

**01**

**02**

**Leverage the Talent of Viva's Principals and and Shareholders to source and manage successful investment portfolio**

**Connecting Entrepreneurs and Investors globally through the Follow The Entrepreneur (FTE) Summit**

**03**

**07**

**Investment Strategy has been recognized by Academic Institutions and major Pension Funds**

**Access to start-up ecosystem through EntrepreneurCountry Platform**

**04**

**06**

**05**

**Co-Invest with Principals who are actively managing their own wealth and investments through Viva Capital**

**Benefit from Principals' track record of founding successful asset management firms**

**Benefit from Principals' Unique Global Network**



# Viva Capital Today

**25% Stake in Aretti.co**
- A Consolidation Vehicle in the Cyber Security arena founded by industry expert

**Partnership with experienced founding shareholders:**

- Dr. René Eichenberger, co-Founder
- Julie Meyer, co-Founder
- Mike Alfant, CEO of Fusion Systems, Tokyo
- Richard Parris, former CEO of Intercede, UK
- Patrick Tsang, Tsang's Group, Hong Kong
- Former ACGL shareholders who are leading tech and PE entrepreneurs

**Direct investments which are being folded into the group by principals**

- Value € 25m

**Acquisitions to date**

- GP of ACE Fund, UK
- Ariade Capital Group, Malta
- EntrepreneurCountry Global (EC)
- Follow the Entrepreneur (FTE) Summit

**Controlling Stake in a Tech Fund**
- More soon as part of on-boarding of additional funds

VIVA CAPITAL

# Operation: Areas of Business



**Direct Investments**
- Secure Significant **Minority Stakes**
- Take a **Board Seat**
- Manage **Investment Rounds**
- Manage Positions on behalf of our **co-investors**

**Funds**
- **Ariadne Capital Entrepreneurs Fund**
- Due Diligence in **Multiple funds** (Space Tech, Smart Cities, Property ..)

**Follow the Entrepreneur Investor Summit (FTE)**
- **9th FTE** will take place in **Taormina, Italy in May 2019**
- **Leading Investor Summit** for showcasing the future of different Ecosystems
- **42 Nationalities, 20 Companies Presenting**
- **By Invitation Only**

**Entrepreneur Country Global**
- **325,000 citizens** in the community
- Corporate/ Start-up **Innovation Platform**

VIVA CAPITAL



# CURRENT DEALS

VIVA CAPITAL

# Ecosystems Invested

Viva Capital invests in Ecosystems through **funds** where we are impressed with the fund managers and through **director investments** where the entrepreneurs have what it takes to succeed

We have qualified **sector experts** through our partners and founding shareholders who source deals, advise, and help manage our investments

We screen more than 50 qualified investment opportunities each month and develop **long-term relationships** with key entrepreneurs and fund managers

| ECOSYSTEMS | INVESTMENTS | ENTREPRENEURS | FUNDS | INDUSTRY EXPERTS |
|---|---|---|---|---|
| Space/ Satellites | Sceye - Airships | Mikkel Vestergaard | Seraphim | Candace Johnson |
| Health/ Life Services/ Wellness | Volv<br>AWA Nutririon<br>VAXEAL | Christopher Rudolf<br>Felipe Guevera<br>Dr Ahmed Bouzidi | | Adam Sherlock |
| Cyber/ Security/ Digital Trust/ Identity Tech | SecuriThings<br>CYOT<br>Affyon<br>Consent Eye | Avi Biran<br>Natan Bandler<br>Ron Black<br>Paul Tarantino | Several funds under review | Richard Parris |
| Connected Car/ Transportation & Mobility/ Smart Cities | DRIVE Software Solutions<br>Green Van | Martin Drake<br><br>Anuj Gupta | Smart City Capital | Rick Phillips |
| Virtual Reality/ Augmented Reality/ Artificial Intelligence | Pulse / Evolution AI | John Textor | | René Eichenberger<br>Patrick Tsang |
| Financial Services/ Crypto | Binfinity – Crypto Currency Exchange<br>Mobu | | | Tobias Straessle<br>Mike Alfant |

VIVA CAPITAL

# Current Assets

**Pulse / Evolution AI**

Equity stake valued $15m, IPO planned in 2019; $250m expected pre-money valuation for listing in Hong Kong

**EntrepreneurCountry**

Digital Community of 325,000 citizens.

**ACE Fund**

£7.7 m AUM in 22 equity stakes; 8 high performers







**aretii.co**

Cyber security consolidation vehicle – $5m value for 25% stake led by one of the industry's leading CEOs

**Sceye**

Europe's first self-funded satellite unicorn business. 150m

Create a more attractive, global cybersecurity company through consolidation

Drive success through engineering excellence, rigorous business ethics and investment expertise

Leverage existing management teams to run the day to day operations

Add experienced management that can optimize a larger consolidated group comprised of regional operating entities

# aretii.co

VIVA CAPITAL

## 2  **LEADERSHIP**

Viva Capital founders and principals have extensive experience in building businesses, launching investment funds, and anticipating where markets will go.

# Dr. René Eichenberger

VIVA CAPITAL AG

§ **Executive Chairman of VIVA Capital**

§ **Board Director of Sceye**

§ **20+ years of experience** as a private equity and venture capital investor.

§ **Founded 5 funds** and led them to successful exits.

§ **Served as General Counsel of Jet Aviation;** under his tenure the company was positioned for a successful sale to PE fund.

§ **Sargon Capital** (2016-2018); Private Investor, Board observer. Successful partial exit after 18 months.

§ **Pulse Evolution** (2013-2017); Co-founder and Vice Chairman of this tech start-up. Merged with Recall Studios in 2018.

§ **Arcon** (2013-2015); Vice Chairman of global  real estate investment firm

§ **Clearsky** (2009-2012); Co-founder, member of Strategic Advisory Council

§ **Sterling Partners** (2006-2009); Member of Advisory board. Known as the world's top investor in education.

§ **Horizon21** (2004-2005); Co-founder, CEO & Board member.



13

VIVA CAPITAL

# Julie Meyer



- **20 + years of experience** as a private equity (PE) & venture capital (VC) investor.

- **Founder and Managing Partner** of the Follow The Entrepreneur Investor Summit, EntrepreneurCountry, the VIVA Capital Entrepreneurs Fund and the ECO2 Investment Platform.

- **One of the world 's leading thinkers**, investors and entrepreneurs in the areas of Digital Transformation of large enterprise by young, fast-growing enabling tech firms.

- **Widely respected for her ability to spot talent**, monetise technologies and apply economic thinking to business and social problems.

- **Given an honorary PhD by Warwick University** for the system-level thinking that she has developed in Applied Economics or Ecosystem Economics®.

- **Ex-Dragon on the BBC'** Dragon's Den online show.

- **World Economic Forum 'Global Leader** for Tomorrow' 2001, an Ernst & Young Entrepreneur of the Year.

14

VIVA CAPITAL

# Richard Parris



- **An Anglo-American technology entrepreneur** with extensive experience in the digital trust and cyber security industries.

- **Founded Intercede** and led the Group through all stages of its growth, including an IPO on the London Alternative Investment Market (AIM), VC and public company fund raising, striking significant OEM deals, opening successful US operations, securing major partnerships in the Middle East.

- **Managing investor relationships over a 20-year period** and defending against vexatious corporate litigation in the US.

- One of the longest serving **Chairman on the London Stock Exchange**.

- **Global expert on the role of digital trust in enterprise and government security**, KYC, protecting Personal Identifiable Information (GDPR), authenticating electronic payments (PSD2) and using Blockchain technology to assert personal identity and secure smart contracts.

- A **regular speaker and evangelist** for digital trust at major conferences and has provided advice to government policy makers in senior executive agencies in UK and US.

15

VIVA CAPITAL



# Track Record

# Early Discoverer of 'Explosive High Growth Companies' since the year 2000



## Total M&A transactions managed by Viva team



## Total capital raising transactions managed by Viva team (direct investments)



VIVA CAPITAL

## Our Proposal

- Direct investments and fund investments

- Access to top managers and entrepreneurs

- Global opportunities (US, Europe, Asia)

- Scalable business models

- Special situations

Viva Capital AG
Dufourstrasse 60
8702 Zollikon/Zurich
Switzerland

T: +41 43 499 40 10
F: +41 43 499 40 19

julie@viva.capital

# Thank you