UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81096-CIV-CANNON

**JULIE MEYER** and, **VIVA INVESTMENT PARTNERS AG,**

    Plaintiff,

v.

**RENE EICHENBERGER** et al.**,**

    Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal, filed on July 10, 2024 [ECF No. 49]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective July 10, 2024, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 49].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of July 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record